IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NATALIE COLINDA GRIMES | )<br>)<br>) |
| Plaintiff, | ) Civil No.: 3:15-cv-01129<br>) |
| v. | )<br>) |
| SHILOH INDUSTRIES, INC. D/B/A<br>SHILOH INDUSTRIES, INC. DICKSON<br>MANUFACTURING DIVISION, | ) Judge: Todd J. Campbell<br>)<br>)<br>) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Plaintiff Natalie Colinda Grimes and Defendant Shiloh Industries, Inc. hereby stipulate that all claims filed in this action are hereby dismissed with prejudice, each party to bear its own attorney fees, costs and other litigation expenses.

Dated: November 24, 2015.


s/ Kelly Jackson Smith (per consent)
Kelly Jackson Smith
98 Church Street, Suite 1
Dickson, TN 37055
Telephone: 615-441-0077
Facsimile: 615-441-0071

*Attorney For Plaintiff*
Natalie Colinda Grimes

s/ Michael S. Moschel
Michael S. Moschel (BPR# 016826)
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
Phone: (615) 742-6200
mmoschel@bassberry.com

Stanley Weiner (*pro hac vice* forthcoming)
Corey Clay (*pro hac vice* forthcoming)
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114-1190
Phone: (216) 586-3939
sweiner@jonesday.com
cclay@jonesday.com

*Attorneys for Defendant Shiloh Industries, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded via the Court's Electronic Mailing System and has been served via United States mail, postage prepaid on the following:

Kelly Jackson Smith, Esq.
98 Church Street, Suite 1
Dickson, TN 37055

on this 24th day of November, 2015.

s/ Michael S. Moschel
Michael S. Moschel