UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NATALIE COLINDA GRIMES ) | |
| ) | |
| v. ) | NO. 3:15-1129 |
| ) | JUDGE CAMPBELL |
| SHILOH INDUSTRIES, INC. ) | |

ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 11/24/2015.

                                     KEITH THROCKMORTON, CLERK
                                     s/Elaine J. Hawkins, Deputy Clerk